# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **3:12CR117 (WWE)** |
| **v.** | : | |
| | : | **FEBRUARY 26, 2015** |
| **ALFRED CATINO** | : | |

## MOTION TO CONTINUE SENTENCING and
## REQUEST FOR REVISED SENTENCING SCHEDULING ORDER

Counsel for ALFRED CATINO respectfully moves this Court to continue his sentenced and to order a revised sentencing scheduling order in this case. In support thereof, the Defendant submits the following:

1. The Defendant entered a guilty plea June 24, 2014 (Meyer, U.S.D.J.).

2. The current schedule is as follows: First Disclosure-PSI due 2/5/2015; Final Objections Due 2/19/2015; 2nd-Disclosure PSI due 2/27/2015; Sentencing Memorandum due 3/5/2015; Response due 3/10/2015. Sentencing set for 3/16/2015 11:00 AM

3. Further time is necessary to collect information for the initial interview in this case, and consequently it is requested that all dates be continued for 90 days. Additionally, Mr. Catino filed post-trial motions and the Government must respond accordingly. Transcripts will be ordered on today's date in order to assist the parties.

4. If this request is granted, the following dates will be operative: First Disclosure-PSI due 5/5/15; Objections Due 5/19/15; 2nd-Disclosure PSI due 5/27/15; Sentencing Memorandum due 6/5/15; Government Response due 6/10/15; Sentencing set for 6/16/2015.

5. United States Probation Officer Sandra Hunt has no objection to this request.

6. Assistant United States Attorney Vanessa Richards has no objection to this request.

WHEREFORE, the Defendant asks that this Motion be granted.

THE DEFENDANT
ALFRED CATINO

_____
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC
923 EAST MAIN STREET
PO BOX 491
BRIDGEPORT, CT 06601
FED NO. 20980
(203) 333-6135 (phone)
(203) 333-6190 (fax)
fricciojd@aol.com (email)
www.ricciolaw.com (site)

## CERTIFICATION

I hereby certify that on February 26, 2015, a copy of foregoing sealed motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC