# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **3:12CR117 (WWE)** |
| v. | : | |
| | : | **JULY 23, 2015** |
| **ALFRED CATINO** | : | |

## MOTION FOR RETURN OF SEIZED PROPERTY

The Defendant, ALFRED CATINO, through undersigned stand-by counsel requests an order directing the Government to return personal property taken during the search of the Defendant's son's house. It was previously agreed to by the Government through counsel to return the property to the rightful owners (Mr. Catino's family). As grounds therefore, Mr. Riccio spoke to AUSA Richards and DEA Agent George and there was an agreement to return the following: (1) two rifles belonging to Alphonse Catino Jr., and (2) photos of personal nature, a folder of items belonging to Mr. Catino and a cell phone with photos within it. It is also requested that any property taken and not itemized be returned.

To date, neither Mr. Catino nor his attorney have received the property.

Wherefore, the Defendant moves this Honorable Court for an order directing the Government to turn over the property as discussed to Mr. Riccio so he, in turn, can return the same to Mr. Catino's family.

WHEREFORE, it is requested that this Motion be granted.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED,<br>ALFRED CATINO |
| Dated:  July 23, 2015   By: | _____<br>FRANK J. RICCIO II<br>LAW OFFICES FRANK J. RICCIO LLC<br>923 EAST MAIN STREET<br>P.O. BOX 491<br>BRIDGEPORT CT 06601-0491<br>Fed Bar #CT 20980<br>(203) 333-6135 (phone)<br>(203) 333-6190 (fax)<br>fricciojd@aol.com (email)<br>www.ricciolaw.com (site) |

**CERTIFICATION**

I hereby certify that on July 23, 2015, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
FRANK J. RICCIO II
LAW OFFICES FRANK J. RICCIO LLC