# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 3:12CR117 (JAM) |
| v. : | |
| : | FEBRUARY 18, 2016 |
| ALFRED CATINO : | |

## MOTION TO CONTINUE SENTENCING

Counsel for ALFRED CATINO respectfully moves this Court to continue his sentencing currently scheduled for February 25, 2016.

In support thereof, the Defendant submits that the undersigned was recently put on trial in Bridgeport, CT, state court in the matter of <u>State of CT v. Jose Lugo</u>, FBT-CR15-0283101-T. Jury selection is scheduled to begin February 19, 2016 and the trial (jury selection and evidence) is expected to last approximately 2-3 weeks.

There is no objection to this matter being scheduled for a date in early April 2016.

Assistant United States Attorney Vanessa Richards has no objection to this request.

WHEREFORE, the Defendant asks that this Motion be granted.

THE DEFENDANT
ALFRED CATINO

FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC
923 EAST MAIN STREET
PO BOX 491
BRIDGEPORT, CT 06601
FED NO. 20980
(203) 333-6135 (phone)
(203) 333-6190 (fax)
fricciojd@aol.com (email)
www.ricciolaw.com (site)

## CERTIFICATION

I hereby certify that on February 18, 2016, a copy of foregoing sealed motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
FRANK J. RICCIO II
LAW OFFICES OF FRANK J. RICCIO LLC