UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:12cr117(JAM) |
| | : | |
| v. | : | |
| | : | |
| ALFRED CATINO | : | |
| | : | |
| Defendant. | : | |

PRELIMINARY ORDER OF FORFEITURE

Defendant, Alfred Catino having pleaded guilty to Count One of the Superseding Indictment, charging him with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. Section 846 and the defendant having agreed to forfeiture by way of a plea agreement letter dated June 24, 2014.

Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED that pursuant to Title 21, United States Code, Section 853 all right, title and interest that the defendant Alfred Catino may have in approximately $1,662.00 in United States currency seized from the defendant's residence on or about May 9, 2012, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), the Attorney General of the United States or his authorized designee shall seize said property and conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statutes governing third-party rights.

IT IS FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule

G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the Internet (http://www.forfeiture.gov/).  The United States shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding.  The foregoing publication and written notice shall include notice of the government's intent to dispose of the property in accordance with the law, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture; and if no third party files a timely claim, this Order shall become the Final Order of Forfeiture.

SO ORDERED this  28th  day of April, 2016, at New Haven, Connecticut.

/s/ Jeffrey Alker Meyer, U. S. D. J.
JEFFREY ALKER MEYER
UNITED STATES DISTRICT JUDGE