February 10, 2016

Dear Judge Meyers,

I am writing to you because of the following:

(A) approximately three weeks ago Mrs Richards (AUSA) turned over to Co-defendant attorney Mr Koch for his client Mr Zagrojder "discovery" in regard to both of our claims of government misconduct in regard to Wiretapping;

(B) I have been prevented from viewing this discovery by officials here at the jail- Wyatt - and Mrs Richards AUSA who I had called and spoken to - by way of some Lady in her office, on the 8th day of February 2016. I must be permitted to see this discovery because of the Corpora of evidence pouring forth from there within! It is "clear" that Mrs Richards does not wish me to "view" this evidence - just like the Exhibit I'm enclosing in regard to other evidence in this case that I have been prevented from seeing even though I am acting "Pro Se" in this matter. I feel I'm being denied Procedural Due Process of Law in these matters and will address the Court Meyers J., on the next Court date. I now request a postponment until the 18 day of April 2016 so I could be able to view and address all these matters.

Respectfully

# EXHIBIT A - E and H
# (PROVIDED SEPARATELY TO THE COURT AND COUNSEL)

*[handwritten note: "never let me 'see' these exhibits on their motion. Reply?"]*