December 4, 2015

To: USDJ Jeffrey Meyers

I've been calling my attorney not to let him know that the E-mail he received on that day came from my Aunt Lee Ree Devecio here at the Wyatt Jail and that it was a motion in the form of a motion to Dismiss based upon "The Ruckers Doctrine" which was made in support of my motion's seeking before Judge Eginton for Reconsideration in a matter.) I asked Mr. Ricci to Please type up the motion and present it as soon as possible before Judge Eginton on Copies of which I have before me of the Court would like to see which is asked by Parkin of the date sent to the attorney.

On Wednesday November 3 2015 I took an occasion to speak to my Co-defendant Mr. Reynolds attorney on the telephone. He informed me that "my prior motion's were denied before Judge Eginton in the last of June 2015" and yet I have not heard one word from Mr. Ricci that (A) he typed my motion's and presented it to the Court and (B) has to be even informed me of the Court's decision in this matter.

I was waiting to hear from Mr. Ricci. I heard the news from my Co-defendant's attorney. I't not please from my mind now. I was calling the office everyday from Wyatt through Mrs. Devecio

2.

Office as well as on the Telephone. I left Mr. Ricci's messages every time I called and Mrs. Delaurio heard my requests to Mr. Ricci all to no avail or response.

I'm only writing to you now because when I do come before you it do not wish the Court to think or "it is I who am at fault here." I wish you to know I've hoped for over a year now to have matience with this Man and have awaited him in good light to the Court. The truth is I can't make this Man stand by me any more. I would rather continue alone.

I'm enclosing a list of things Mr. Ricci failed upon completing on my behalf.

Please do not Call me to Court as it is very Cold for me. I even wore my hat and Coat in my Cell to keep warm - it is my age... I really do not know how quick Egotism wished to last as long as he has - God Bless him - I don't think I will to last that long...

Thank you for your time
Respectfully
Mr. Alphael F. Colon

①

(1.) Prior to May 14, 2014 I asked you to sit with the Regent to comply with money from the Court so that you investigate the parties financies could furnish up the work in my case - For just "yes" me to death and said "I'll take case of it."

(2) You made me give you a little I wrote to the Court for Penuche rented in my case. You told me they wanted to hear in 30 days it's now almost one year and still no Penuche ?!

(3) You were suppose to follow up my bail on the issue of the hearing of a take in my case, You never even answered me on the issue and left me to do the best I could all alone

(4) You were sent and received 2 motions to file, you waited almost 8 months before you put them into Court and only before I told you I'd bring you up to the Bar association or inspector assis tant of Bar of Lawyers!

① I Thursday Desk of Letters you have failed to comply with in Regard to my Defence since "May of 2014".

(5) Also been asking you since June of 2016 when Drs. Richards (our C.O.'s C.A.) and agent Huge agreed to the creation of mine and my Jealousy personal property to release it up to the D.E.C.A. Office to print it up and give it to my son. The C.E.O's have refused and again no response to asking it even the C.E.P. Office is reject. Why does your own office...

(6) November 12, 2015 you really went over the top this time. You failed to file motion I had E-mailed to you on the 15 day of October, 2015 on October 30 2015. Quite simply denied my prior motions without a further hearing - you did not ever again file and yet my supplements/motion to all motion Quite Simply denied 1st Col Could have seen. The lawis issue if you did your work on my behalf.) Then to add insult to injury you Had the nerve to write me a letter by the V.I. Attorney you on October 31 (by calls your office and telling your secretary "tell ok, I have to turn it was denied my motion from Olu or defendant's lawyer in my case when you are suppose to inform me)? and yet, would you write a little added November 3 2015 informing me that Judge Ignatov's decision is being when your took Judge Ignatov's "Deer" decision is when you had the nerve to mail me your very own Bleasedy Deer that I "Deer" Even denied?

(3)

letter and think it would be best at this point
March date - unless it would be November 6, 2015 - some
8 days after Judge Gentor's decision, and
given to me here at the jail on November 9, 2015.
"Do you think I am a fool or some thing?" I
"You have lied to me from day one and
el General for you in front of Judge Meyer's
to me." "You are telling us that by Russell
and don't think I don't know about what
you did with inmate Flowers and Early
just recently as well - "Removal for Cause"
once again in both them cases and for the
same reason." You should be ashamed of
yourself as a lawyer and don't think that
I might don't know your lawyer tricks." for your
actions - all of Judge Chat's to do is when
you fairly want of Chat's to see you
could not Moralle to a year never mind 30
or more?!- its all about the money with
you. I am losing you the light to Bar
association or charges."

"You also have "Simels" of my
lied not in regard to sentence issues - which is in sure
you have no looked at - Please send all back to me
because I need it for sentencing matters.

Respectfully Colins,
Murrey Pro se