LAW OFFICES OF
# FRANK J. RICCIO, LLC

FRANK J. RICCIO * (1942 – 2013)
FRANK J. RICCIO II
---------------

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

MAILING ADDRESS:
P.O. BOX 491
BRIDGEPORT, CT 06601-0491

PHONE: (2003) 333-6135
FAX: (203) 333-6190
EMAIL: frankriccio@ricciolaw.com
SITE: www.ricciolaw.com

April 11, 2016

Alfred Catino
Inmate #20513-053
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

RE: <u>USA v. Catino</u>
<u>3:12CR117 (WWE)</u>

Herbie:

Despite your disagreements with me previously, I would like for you to call my office to discuss your case, during which time we can then schedule a day-long meeting at Wyatt.

I look forward to hearing from you.

Very truly yours,

*[signature]*

FRANK J. RICCIO II

FJR2/2

---

april 19, 2016

Riccio,

Your "lies and deceitfulness" prevent me from capitulating on anything you may have to say. Go to Judge Meyer, and tell him "you are dismissed for cause"!

Mr. A.F. Catino

Please tell Judge Meyer the following
Attorney:

Steven B. Rasile
44 Church Street
P.O. Box 462
West Haven, Ct. 06516

Phone: (203) 934-7050
Fax (203) 934-7053

Thank you.